UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-cv-20044-CMA

WINDY LUCIUS

    Plaintiff,

v.

XILUET PLASTIC SURGERY, INC.

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff WINDY LUCIUS, by and through counsel, pursuant to Fed. R. Civ. P. Rule 41(a) and this Court Order [DE 16], hereby gives notice that she voluntarily dismisses this action with prejudice against Defendant, XILUET PLASTIC SURGERY, INC., and respectfully requests that this Court terminates the action.

Respectfully submitted on May 5, 2025.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Lucius v. Xiluet Plastic Surgery**
Case No. 25-cv-20044-CMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2025, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
